```
                    UNITED STATES DISTRICT COURT

                   EASTERN DISTRICT OF CALIFORNIA




UNITED STATES OF AMERICA,
                                    )    1:07-CR-00010 OWW
                                    )
                Plaintiff,          )    NEW CASE NUMBER:
                                    )
        v.                          )    1:07-CR-00010 LJO
                                    )
KHEMKHAM KHANOUNSAY,                )
                                    )
                                    )    ORDER REASSIGNING CASE
                Defendant.          )
                                    )
                                    )
```

It appearing that this matter is related to action 1:06-CR-429 LJO, <u>United States vs Khemkham Khanounsay</u>,

This matter is reassigned from the docket of United States District Judge Oliver W. Wanger to the docket of United States District Judge Lawrence J. O'Neill.

IT IS SO ORDERED.

**Dated:   January 15, 2008**             /s/ Lawrence J. O'Neill
                                          UNITED STATES DISTRICT JUDGE

1